UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ROBERT BAKIBINGA
         DBA: ORION DISTRIBUTION
         CATHERINE BAKIBINGA
         ORION DISTRIBUTION
                Debtor(s)                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant

         vs.

         ROBERT BAKIBINGA                    CASE NO: 1-18-04298-HWV
         DBA: ORION DISTRIBUTION
         CATHERINE BAKIBINGA
         ORION DISTRIBUTION
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE
## FOR FAILURE TO OBTAIN CREDIT COUNSELING

    AND NOW, on October 26, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)   A Petition under Chapter 13 was filed on October 10, 2018.

2)   The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

    WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully Submitted,

s/  Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:    (717) 566-8313
Email:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT BAKIBINGA  CHAPTER 13
DBA: ORION DISTRIBUTION
CATHERINE BAKIBINGA  CASE NO: 1-18-04298-HWV
ORION DISTRIBUTION
Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss. The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before November 16, 2018 and serve a copy on the movant and counsel. Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 26, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT BAKIBINGA
DBA: ORION DISTRIBUTION
CATHERINE BAKIBINGA
ORION DISTRIBUTION
Debtor(s)

CHAPTER 13

CASE NO: 1-18-04298-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 26, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PRO SE , | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| ROBERT BAKIBINGA<br>CATHERINE BAKIBINGA<br>4793 SWEETBRIER DRIVE<br>HARRISBURG, PA 17111- | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 26, 2018

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

Case 1:18-bk-04298-HWV    Doc 18    Filed 10/26/18    Entered 10/26/18 07:42:16    Desc
Main Document    Page 3 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ROBERT BAKIBINGA<br>DBA: ORION DISTRIBUTION<br>CATHERINE BAKIBINGA<br>ORION DISTRIBUTION<br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 1-18-04298-HWV |
| vs. | |
| ROBERT BAKIBINGA<br>DBA: ORION DISTRIBUTION<br>CATHERINE BAKIBINGA<br>ORION DISTRIBUTION<br>Respondent(s) | MOTION TO DISMISS |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.