1-18-04298

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

FILED
HARRISBURG, PA

2018 OCT 26 PM 2: 37

CLERK
U.S. BANKRUPTCY COURT

```
|Robert Bakibinga                    |Personnel Number..... 00717220
|4793 Sweetbrier Drive               |Transportation Pyrl Area 2
|Harrisburg PA   17111               |Pay Period.. 09/08/2018 - 09/21/2018
|                                    |Fed Tax Status: Married
|                                    |Fed Tax Allowances: 02   Period: 20/2018
|B/U:B4     Group:07     Level:10    |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/05/2018 | 1,611.30 | = | 2,298.00 | + | 0.00 | − | 422.00 | − | 264.70 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.64 | 69.50 | 2,129.48 | 38,779.31 |
| Annual Leave Pay | | | | 1,973.03 |
| Sick Leave Pay | 30.64 | 5.50 | 168.52 | 2,313.55 |
| Sick Family Leave | | | | 437.05 |
| Holiday/Comp lieu Holiday | | | | 1,570.56 |
| Total Gross | | | 2,298.00 | 45,073.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal      Federal | | |
| TX Withholding Tax | 137.73 | 2,782.02 |
| TX EE Social Security Tax | 134.97 | 2,710.18 |
| TX EE Medicare Tax | 31.56 | 633.83 |
| State      Pennsylvania | | |
| TX Withholding Tax | 66.83 | 1,341.93 |
| TX EE Unemployment Tax | 1.37 | 27.04 |
| Local      Harrisburg | | |
| TX Local Services Tax | 6.00 | 120.00 |
| Local      Lower Paxton Township | | |
| TX Withholding Tax | 43.54 | 874.31 |
| EE Taxes | 422.00 | 8,489.31 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | 63.62 | 318.10 |
| EE PreTx MED Pct | 57.45 | 1,042.90 |
| AFSCME-13 Non-Member | | 220.92 |
| Full Cov Class A3/Cat 0 | 143.63 | 2,817.14 |
| Total Deductions | 264.70 | 4,399.06 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,611.30 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 134.97 |
| TX ER Medicare Tax | 31.56 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 53.10 |
| PR HMO Central | 486.00 |
| ER-SERS | 550.14 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,033.30 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Bakibinga                              |Personnel Number..... 00717220
|4793 Sweetbrier Drive                         |Transportation Pyrl Area 2
|Harrisburg PA  17111                          |Pay Period.. 08/25/2018 - 09/07/2018
|                                              |Fed Tax Status: Married
|                                              |Fed Tax Allowances: 02   Period: 19/2018
|B/U:B4     Group:07    Level:10               |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|
| 09/21/2018 | 1,611.28 = | 2,298.00 | + | 0.00 | − | 422.02 | − | 264.70 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.64 | 57.50 | 1,761.80 | 36,649.83 |
| Annual Leave Pay | | | | 1,973.03 |
| Sick Leave Pay | 30.64 | 10.00 | 306.40 | 2,145.03 |
| Sick Family Leave | | | | 437.05 |
| Holiday/Comp lieu Holiday | 30.64 | 7.50 | 229.80 | 1,570.56 |
| Total Gross | | | 2,298.00 | 42,775.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 137.73 | 2,644.29 |
| TX EE Social Security Tax | 134.97 | 2,575.21 |
| TX EE Medicare Tax | 31.57 | 602.27 |
| State            Pennsylvania | | |
| TX Withholding Tax | 66.83 | 1,275.10 |
| TX EE Unemployment Tax | 1.38 | 25.67 |
| Local            Harrisburg | | |
| TX Local Services Tax | 6.00 | 114.00 |
| Local            Lower Paxton Township | | |
| TX Withholding Tax | 43.54 | 830.77 |
| EE Taxes | 422.02 | 8,067.31 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | 63.62 | 254.48 |
| EE PreTx MED Pct | 57.45 | 985.45 |
| AFSCME-13 Non-Member | | 220.92 |
| Full Cov Class A3/Cat 0 | 143.63 | 2,673.51 |
| Total Deductions | 264.70 | 4,134.36 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,611.28 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 134.97 |
| TX ER Medicare Tax | 31.57 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 59.10 |
| PR HMO Central | 486.00 |
| ER-SERS | 550.14 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,033.30 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Batibinga                    |Personnel Number..... 00717220
|4793 Sweetbrier Drive               |Transportation Pyrl Area 2
|Harrisburg PA  17111                |Pay Period.. 09/22/2018 - 10/05/2018
|                                    |Fed Tax Status: Married
|                                    |Fed Tax Allowances: 02    Period: 21/2018
|B/U:B4    Group:07    Level:10      |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2018 | 1,611.29 | = | 2,298.00 | + | 0.00 | - | 422.01 | - | 264.70 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.64 | 65.75 | 2,014.58 | 40,793.89 |
| Annual Leave Pay | | | | 1,973.03 |
| Sick Leave Pay | 30.64 | 9.25 | 283.42 | 2,596.97 |
| Sick Family Leave | | | | 437.05 |
| Holiday/Comp Lieu Holiday | | | | 1,570.56 |
| Total Gross | | | 2,298.00 | 47,371.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 137.73 | 2,919.75 |
| TX EE Social Security Tax | 134.96 | 2,845.14 |
| TX EE Medicare Tax | 31.57 | 665.40 |
| State          Pennsylvania | | |
| TX Withholding Tax | 66.83 | 1,406.76 |
| TX EE Unemployment Tax | 1.38 | 28.42 |
| Local          Harrisburg | | |
| TX Local Services Tax | 6.00 | 126.00 |
| Local          Lower Paxton Township | | |
| TX Withholding Tax | 43.54 | 917.85 |
| EE Taxes | 422.01 | 8,911.32 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | 63.62 | 381.72 |
| EE PreTx MED Pct | 57.45 | 1,100.35 |
| AFSCME-13 Non-Member | | 220.92 |
| Full Cov Class A3/Cat 0 | 143.63 | 2,960.77 |
| Total Deductions | 264.70 | 4,663.76 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

Case 1:18-bk-04298-HWV    Doc 19    Filed 10/26/18    Entered 10/29/18 07:00:53    Desc
Main Document      Page 5 of 8

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,611.29 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 134.96 |
| TX ER Medicare Tax | 31.57 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 59.10 |
| PR HMO Central | 486.00 |
| ER-SERS | 550.14 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,033.30 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Bakibinga                            |Personnel Number..... 00717220
|4793 Sweetbrier Drive                       |Transportation Pyrl Area 2
|Harrisburg PA  17111                        |Pay Period.. 10/06/2018 - 10/19/2018
|                                            |Fed Tax Status: Married
|                                            |Fed Tax Allowances: 02   Period: 22/2018
|B/U:B4   Group:07    Level:10               |

| Pay Date      Payment Amount =    Gross   +    Reim.   -    Taxes    -    Deds.
| 11/02/2018       1,611.29      = 2,298.00 +    0.00    -   422.01    -   264.70
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 30.64 | 67.50 | 2,068.20 | 42,862.09 |
| Annual Leave Pay | | | | 1,973.03 |
| Sick Leave Pay | | | | 2,596.97 |
| Sick Family Leave | | | | 437.05 |
| Holiday/Comp lieu Holiday | 30.64 | 7.50 | 229.80 | 1,800.36 |
| Total Gross | | | 2,298.00 | 49,669.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 137.73 | 3,057.48 |
| TX EE Social Security Tax | 134.97 | 2,980.11 |
| TX EE Medicare Tax | 31.56 | 696.96 |
| State          Pennsylvania | | |
| TX Withholding Tax | 66.83 | 1,475.59 |
| TX EE Unemployment Tax | 1.38 | 29.80 |
| Local          Harrisburg | | |
| TX Local Services Tax | 6.00 | 132.00 |
| Local          Lower Paxton Township | | |
| TX Withholding Tax | 43.54 | 961.39 |
| EE Taxes | 422.01 | 9,333.33 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | 63.62 | 445.34 |
| EE PreTx MED Pct | 57.45 | 1,157.80 |
| AFSCME-13 Non-Member | | 220.92 |
| Full Cov Class A3/Cat 0 | 143.63 | 3,104.40 |
| Total Deductions | 264.70 | 4,928.46 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,611.29 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 134.97 |
| TX ER Medicare Tax | 31.56 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 59.10 |
| PR HMO Central | 486.00 |
| ER-SERS | 550.14 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,033.30 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|