1-18-04298

FILED
HARRISBURG, PA

2018 OCT 26 PM 2:40

CLERK
U.S. BANKRUPTCY COURT

 **Social Security Administration**

CATHERINE E BAKIBINGA
4793 SWEETBRIER DRIVE
HARRISBURG PA 17111-3612

Date: October 26, 2018
BNC: 18BI555K52726
REF: A

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2017, the full monthly Social Security benefit before any deductions is $653.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $653.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

### Information About Past Social Security Benefits

From November 2017 to November 2017, the full monthly Social Security benefit before any deductions was $641.10.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $641.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

### Date of Birth Information

The date of birth shown on our records is April 23, 1955.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-327-1176. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

**SOCIAL SECURITY**

SUITE 810
555 WALNUT STREET
HARRISBURG, PA 17101

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

 **Please Note**

Note: If your benefit has changed in recent months, your Payment Details may not show the most current amounts. You can view your current amounts by using the link below to "Get a Benefit Verification Letter."

## Navigation

Overview

Benefit & Payment Details

Earnings Record

Replacement Documents

My Profile

## Benefit Details

**∧ Social Security (Retirement)**

| | |
|---|---|
| Status: | Active |
| Monthly Benefit Amount: | $653.00 (before any deductions) |
| Payment Schedule: | 4th Wednesday of the month |
| Next Payment Date: | November 28, 2018 |

Get a Benefit Verification Letter
Need proof that you receive Social Security benefits? Here's your official letter.

## Payment Details

**Payment History    Overpayments**

Your monthly payment amount can change depending on the types of benefits you receive, as well as any adjustments in your premiums or deductions.

| Date | Payment Type | Amount |
|---|---|---|
| 10/24/2018 | ∧ Social Security (Retirement) | $653.00 |
| | How we calculated this payment... | |
| | Monthly Benefit Amount: $653.00 | |
| | Credits & Adjustments: $0.00 | |
| | Medicare Premium(s): -$0.00 | |
| | Overpayment Withholding: -$0.00 | |
| | Other Deductions: -$0.00 | |
| | Total Payment: $653.00 | |
| 09/26/2018 | Social Security (Retirement) | $653.00 |
| 08/22/2018 | Social Security (Retirement) | $653.00 |
| 07/25/2018 | Social Security (Retirement) | $653.00 |
| 06/27/2018 | Social Security (Retirement) | $653.00 |
| 05/23/2018 | Social Security (Retirement) | $653.00 |
| 04/25/2018 | Social Security (Retirement) | $653.00 |
| 03/28/2018 | Social Security (Retirement) | $653.00 |
| 02/28/2018 | Social Security (Retirement) | $653.00 |
| 01/24/2018 | Social Security (Retirement) | $653.00 |
| 11/22/2017 | Social Security (Retirement) | $641.00 |

Learn about replacing your Tax Form SSA-1099/SSA-1042S

Case 1:18-bk-04298-HWV    Doc 20    Filed 10/26/18    Entered 10/29/18 07:02:55    Desc
Main Document     Page 3 of 3