FILED
HARRISBURG, PA

2018 OCT 26 PM 2:37

CLERK
U.S. BANKRUPTCY COURT

1-18-04298

Certificate Number: 15725-PAM-CC-031740735

15725-PAM-CC-031740735

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 10, 2018, at 12:22 o'clock PM EDT, Robert Bakibinga received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  October 10, 2018            By:    /s/Angela Rosa

                                   Name:  Angela Rosa

                                   Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

FILED
HARRISBURG, PA

2018 OCT 26 PM 2:37

CLERK
U.S. BANKRUPTCY COURT

Certificate Number: 15725-PAM-CC-031740737



15725-PAM-CC-031740737

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 10, 2018, at 12:22 o'clock PM EDT, Catherine Bakibinga received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

*This counseling session was conducted by internet.*

Date: October 10, 2018    By: /s/Angela Rosa

Name: Angela Rosa

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).