United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                          Case No. 18-04298-HWV
Robert Bakibinga                                                                Chapter 13
Catherine Bakibinga
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Nov 16, 2018
                             Form ID: ntnew341       Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db/jdb     +Robert Bakibinga,    Catherine Bakibinga,    4793 Sweetbrier Drive,    Harrisburg, PA 17111-3612
5117992    +ASSET RECOVERY SOLUTIONS,    2200 E DEVON AVE STE 200,    DES PLAINES, IL 60018-4501
5117988    +CEDENCE,    17000 DALLAS PARKWAY SUITE 204,    DALLAS, TX 75248-1940
5117990    +COMCAST CABLE,    PO BOX 3002,    SOUTHEASTERN, PA 19398-3002
5121018    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
             Detroit MI, 48255-0953)
5117991    +GENERAL REVENUE CORP,    4660 DUKE DR SUITE 300,    MASON, OH 45040-8466
5117997    +KML LAW GROUP,    701 MARKET ST STE 5000,    PHILADELPHIA, PA 19106-1541
5117996    +MODERN RECOVERY SOLUTIONS,    300 POPLAR ST,    RICHLAND, PA 17087-9715
5117993    +NAVENT EDUCATION LOAN,    PO BOX 9635,    WILKES BARRE, PA 18773-9635
5123088    +National Collegiate Student Loan Trust 2007-3,    Po Box 4275,    Norcross, GA 30091-4275
5117994    +PERFORMANT RECOVERY,    333 NORTH CANYONS PARKWAY SUITE,    LIVERMORE, CA 94551-9478
5127632    +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
5117987    +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD,    TOLEDO, OH 43614-1501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5117989    +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 16 2018 19:31:56
             CREDIT COLLECTION SERVICES,    725 CANTON STREET,    NORWOOD, MA 02062-2679
5117995     E-mail/Text: camanagement@mtb.com Nov 16 2018 19:30:50     M AND T BANK,    PO BOX 62182,
             BALTIMORE, MD 21264
5121149     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 19:36:14     T Mobile/T-Mobile USA Inc,
             by American InfoSource as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
                                                                                         TOTAL: 3
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5119731*   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company, LLC,    PO Box 62180,
             Colorado Springs, CO  80962)
                                                                          TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
          229ecf@glpcc.comcastbiz.net
          James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Bakibinga,

**Debtor 1**

Catherine Bakibinga,

**Debtor 2**

Chapter     13

Case No.     1:18–bk–04298–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 13, 2018<br><br>Time: 11:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 16, 2018 |

ntnew341 (04/18)